# United States District Court
# Western District of North Carolina
# Asheville Division

| | |
|---|---|
| Cal Tucker Carson, | JUDGMENT IN CASE |
| Plaintiff | 1:24-cv-00279-KDB |
| vs. | |
| Commissioner of Social Security | |
| Defendant. | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 4, 2025 Order.

Signed: April 4, 2025

Katherine Hord Simon, Clerk
United States District Court